UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WELITON OLIVEIRA ROCHA**

**V.**                                                                          **CIVIL ACTION NO. 26-11944-DJC**

**ANTONE MONIZ, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

    Having previously ordered habeas relief, D. 8, this matter shall be closed.

May 28, 2026                                                   /s/ Savannah Cook
                                                               Deputy Clerk